UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60963-CIV-COHN/SELTZER

DANIEL MONCADA,

    Plaintiff,

vs.

BRIDGESTONE AMERICAS TIRE
OPERATIONS, LLC,
a foreign limited liability company,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 9] ("Notice"). Plaintiff dismisses this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, the Clerk of Court is hereby directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of June, 2019.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF